# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOSHUA DUBOIS                                                    NO.   2024 CW 0401

VERSUS

CARA DUBOIS                                              **MAY 31, 2024**

---

In Re:    Alvin Naquin, Jr. and Jessica Naquin, applying for
          supervisory writs, 17th Judicial District Court,
          Parish of Lafourche, No. 127861.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**JMG**
**WRC**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

*a.S*
_____
DEPUTY CLERK OF COURT
    FOR THE COURT